**BENTLEY'S, INC., Appellant,**

v.

**HOME INSURANCE COMPANY OF NEW YORK** and **Colony Insurance Company, General Insurance Company of America, Appellees.**

No. 6854.

Court of Civil Appeals of Texas.
Amarillo.
March 23, 1959.

E. Byron Singleton, Amarillo, for appellant.

Simpson, Clayton & Fullingim, Amarillo, for appellees.

NORTHCUTT, Justice.

This case was tried together with Shupack-Solnick, Inc. v. Seaboard Fire & Marine Insurance Company of New York, Tex.Civ.App., 322 S.W.2d 552, and this case was presented under the same state of facts and points of error as presented in that case and we refer to the disposition made of that case as binding herein.

Judgment of the trial court is affirmed.